# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Regina Duggins and Chaunta R. Hamilton, Petitioners,

v.

Jay Lucas, in his capacity as Speaker of the House of Representatives, and Harvey Peeler, in his capacity as President of the Senate, Respondents,

and

South Carolina Election Commission, Respondent/Nominal Defendant.

Appellate Case No. 2020-001042

---

## ORIGINAL JURISDICTION

---

Opinion No. 27996
Submitted September 17, 2020 – Filed September 23, 2020

---

## DISMISSED

---

Christopher Phillip Kenney, of Richard A. Harpootlian, PA; and Shaundra Young Scott, of South Carolina Democratic Party, both of Columbia, for Petitioners.

Kevin A. Hall and Matthew Todd Carroll, both of Womble Bond Dickinson (US) LLP; and Kenneth M. Moffitt, all of Columbia, for Respondent Harvey S. Peeler Jr.; Robert E. Tyson Jr., Vordman Carlisle

Traywick III, and Robert E. Stepp, all of Robinson Gray
Stepp & Laffitte, LLC, of Columbia, for Respondent
James H. Lucas; Harrison D. Brant, Mary Elizabeth
Crum, Jane W. Trinkley, and William Grayson Lambert,
all of Burr & Forman, LLP, of Columbia, for Respondent
The South Carolina Election Commission.

LaNelle Cantey DuRant, of Columbia, for Amicus Curiae
The League of Women Voters of South Carolina.

Attorney General Alan Wilson, Solicitor General Robert
D. Cook, Deputy Solicitor General J. Emory Smith Jr.,
and Assistant Attorney General Harley Kirkland, of
Columbia, for Amicus Curiae Attorney General Alan
Wilson.

––––––––––––

**PER CURIAM:**   We granted Petitioners' request to hear this action for declaratory and injunctive relief in our original jurisdiction.  Prior to the oral argument scheduled in this matter, the South Carolina General Assembly passed legislation to amend the election laws to "pave[] the way for South Carolinians to safely exercise their right to vote in November despite the challenges presented by COVID-19 . . . [and] help[] ensure the integrity of the voting process."  Statement by Senators Massey and Campsen in support of Amendment 8, Journal of the Senate of the State of South Carolina, No. 47 at ____ (Sept. 2, 2020).  The Governor signed the bill into law on September 16, 2020.  In light of these actions, we dismiss this case.  *See Bailey v. S.C. State Election Comm'n*, 430 S.C. 268, 274, 844 S.E.2d 390, 393 (2020) (holding the enactment into law of the relief requested by the plaintiffs rendered the plaintiffs' claim moot).

**DISMISSED.**

**BEATTY, C.J., KITTREDGE, HEARN, JAMES, JJ., and Acting Justice John D. Geathers, concur.**